IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-00416-AP

RANDALL THOMAS,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Chris R. Noel
3000 Pearl Street, Suite 212
Boulder, CO 80301-2431
Telephone: (303) 449-6503
email: chrisildar@comcast.net

For Defendant:
JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado
William.Pharo@usdoj.gov

DAVID BLOWER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone:(303) 844-1571
david.blower@ssa.gov

2.      **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.      **DATES OF FILING OF RELEVANT PLEADINGS**

      A.      **Date Complaint Was Filed:** February 16, 2012

      B.      **Date Complaint Was Served on U.S. Attorney's Office:** February 21, 2012

      C.      **Date Answer and Administrative Record Were Filed:** April 20, 2012

4.      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.  However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

5.      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff will review the administrative record to insure it is complete and accurate.  Plaintiff will seek to submit additional evidence as required after review of the record.  Defendant does not anticipate submitting additional evidence.

6.      **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

7.      **OTHER MATTERS**

      There are no other matters anticipated.

8.    **BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

A.    **Plaintiffs Opening Brief Due:** June 19, 2012

B.    **Defendant's Response Brief Due:** July 19, 2012

C.    **Plaintiffs Reply Brief (If Any) Due:** August 3, 2012

9.    **STATEMENTS REGARDING ORAL ARGUMENT**

A.    **Plaintiffs Statement:**  Plaintiff requests oral argument.

B.    **Defendant's Statement:**   Defendant does not request oral argument

10.    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11.    **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12.    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 9th day of May, 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| /s/Chris R. Noel<br>Chris R. Noel<br>3000 Pearl Street, Suite 212<br>Boulder, CO 80301-2431<br>Telephone: (303) 449-6503<br>email: chrisildar@comcast.net<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>William.Pharo@usdoj.gov<br>By:  /s/David Blower<br>David Blower<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone:  (303) 844-1571<br>david.blower@ssa.gov<br>Attorneys for Defendant. |