IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-416-AP**

**RANDALL THOMAS,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

**ORDER**

Kane, J.

Plaintiff's Unopposed Motion for Attorney Fees Pursuant to 42 USC 406(b), (doc. #20), filed September 19, 2013, is **GRANTED**. In consideration thereof, it is

**ORDERED** that, pursuant to 42 USC 406(b), attorney fees in the amount of $14,273.00 shall be awarded to counsel of record, Chris R. Noel.

Dated at Denver, Colorado, this 20th day of September, 2013.

                                BY THE COURT:

                                *S/John L. Kane*
                                JOHN L. KANE, SENIOR JUDGE
                                UNITED STATES DISTRICT COURT